SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24 CR 322 |
| Weidong Guan ) | |
| _Defendant_ ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Weidong Guan_____ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of _____ . (   ) Cosigned by _____ FRP.

( X ) (3) This is a secured bond of $3,000,000.00 , secured by:

    ( X ) (a) $250,000.00 , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

    ( X ) (d) Cosigned by __3__ FRP. **(Not employee's of media company or related entities.)**

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

24 CR 322

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 06/03/2024

*Defendant's Signature* Weidong Guan

| Surety/property owner - printed name | Surety/property owner - signature and date |
| --- | --- |
| Surety/property owner - printed name | Surety/property owner - signature and date |
| Surety/property owner - printed name | Surety/property owner - signature and date |

CLERK OF COURT

*Signature of Deputy Clerk*

Date: 06/03/2024

Approved.

Date: 06/03/2024

REBECCA DELL
Digitally signed by REBECCA DELL
Date: 2024.06.05 16:24:42 -04'00'

*AUSA's Signature* Jane Kim

AO 98 (Rev. 12/11) Appearance Bond                                                                      24 CR 322

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:
  (1)  all owners of the property securing this appearance bond are included on the bond;
  (2)  the property is not subject to claims, except as described above; and
  (3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 06/03/2024                                                Defendant's Signature  Weidong Guan

JIN XIAO                                                                                  6/5/2024
Surety/property owner – printed name               Surety/property owner – signature and date

Surety/property owner – printed name               Surety/property owner – signature and date

Surety/property owner – printed name               Surety/property owner – signature and date

                                                                CLERK OF COURT

Date: 06/03/2024
                                                                Signature of Deputy Clerk

Approved.

Date: 06/03/2024                                    REBECCA DELL  Digitally signed by REBECCA DELL
                                                                  Date: 2024.06.05 16:24:42 -04'00'
                                                                AUSA's Signature  Jane Kim

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  24 CR 322 |
| Weidong Guan | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

　　The defendant must appear at: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

　　on _____
　　　　　　　　　　　　　　*Date and Time*

　　If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                               Weidong Guan      24 CR 322

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
        Person or organization  _____
        Address *(only if above is an organization)*  _____
        City and state  _____  Tel. No.  _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                                        Signed:  _____    _____
                                                                    *Custodian*                           *Date*

(✓) (7) The defendant must:
      (✓) (a) submit to supervision by and report for supervision to the  PRETRIAL SERVICES FOR  [ ] Regular;  [ ] Strict;  [✓] As Directed
             telephone number  _____, no later than  _____.
      (✓) (b) continue or actively seek employment.
      ( ) (c) continue or start an education program.
      (✓) (d) surrender any passport to:  PRETRIAL SERVICES
      (✓) (e) not obtain a passport or other international travel document.
      (✓) (f) abide by the following restrictions on personal association, residence, or travel:  SDNY/EDNY/DNJ

      (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
             including:  No contact with any victims, co-conspirators, or witnesses unless in presence of counsel. May speak with co-workers but not about this case.

      ( ) (h) get medical or psychiatric treatment:

      ( ) (i) return to custody each  _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
             or the following purposes:

      ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
             necessary.
      ( ) (k) not possess a firearm, destructive device, or other weapon.
      ( ) (l) not use alcohol ( [ ] ) at all ( [ ] ) excessively.
      ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
             medical practitioner.
      ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
             random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
             prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
             of prohibited substance screening or testing.
      ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
             supervising officer.
      (✓) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
             ( ) (i) **Curfew.** You are restricted to your residence every day ( [ ] ) from _____ to _____, or ( [ ] ) as
                  directed by the pretrial services office or supervising officer; or
             (✓) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                  medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                  activities approved in advance by the pretrial services office or supervising officer; or
             ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                  court appearances or other activities specifically approved by the court; or
             ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                  you must comply with the location or travel restrictions as imposed by the court.
                  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                        Weidong Guan                       24 CR 322

## ADDITIONAL CONDITIONS OF RELEASE

(☑) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- (☑) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- (☐) (ii) Voice Recognition; or
- (☐) (iii) Radio Frequency; or
- (☐) (iv) GPS.

(☐) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☐) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (t) _____

$3,000,000 personal recognizance bond; To be secured by $250,000 cash; To be co-signed by three financially responsible persons (Not employees of media company or related entities); Travel restricted to SDNY/EDNY/DNJ; Surrender travel documents and no new applications; Pretrial supervision as directed by pretrial services; Home detention; Location monitoring technology as directed by pretrial services; No contact with any victims, co-conspirators, or witnesses unless in presence of counsel. May speak with co-workers but not about this case; Refrain from opening any new personal accounts, business accounts, crypto currency accounts, loans or lines of credit without approval of pretrial services; Def. to be released on own signature, plus the following conditions; 1 FRP or post $250,000 collateral; Remaining conditions to be met by: 6/17/2024

Defense Counsel Name: Ariel Werner

Defense Counsel Telephone Number: 917-751-2050

Defense Counsel Email Address: Ariel_Werner@fd.org

AO 199C (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Weidong Guan                    Case No. 24 CR 322

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 06/03/2024

*Defendant's Signature* Weidong Guan

[ ] **DEFENDANT RELEASED**

*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/3/2024

*Judicial Officer's Signature*
REBECCA DELL  Digitally signed by REBECCA DELL
Date: 2024.06.05 16:24:59 -04'00'

*AUSA's Signature* Jane Kim

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)