**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2024

**By ECF and Email**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/24
```

    Re:    <u>United States v. Weidong Guan</u>, 24 Cr. 322 (VM)

Dear Judge Marrero:

    I write with the Government's consent to request a one-week extension of Mr. Guan's deadline to finalize the last two co-signers to his bond.

    Mr. Guan was arrested on June 2, 2024 and presented the next day before the Honorable Stewart Aaron. Dkt. 9. The Court agreed to release Mr. Guan on a $3,000,000 personal recognizance bond with the added requirements that it be secured by $250,000 cash and signed by three financially responsible persons who do not work for the media company referenced in the indictment or any related entity. Dkt. 12. Among other conditions, the Court also required that Mr. Guan be placed on home detention enforced by location monitoring technology, surrender his travel documents, and abide by standard travel restrictions. <u>Id.</u> Finally, the Court ordered that Mr. Guan be detained until one financially responsible person had signed the bond or the $250,000 collateral was posted and set a deadline of June 17, 2024 for the remaining conditions to be met. <u>Id.</u>

    On June 5, 2024, after the first of three cosigners was sworn to the bond, Mr. Guan was released. The $250,000 collateral was posted that same day. Since then, Mr. Guan has been working with counsel to finalize two additional cosigners to the bond. That process requires additional time. Accordingly, we request a one-week extension to June 24, 2024 to finalize the two remaining cosigners. As noted, the Government consents to this request. Thank you for considering it.

Request **GRANTED**.
The above request is hereby granted.

**SO ORDERED.**
6/17/24      /s/ Victor Marrero, U.S.D.J.
DATE

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:    counsel of record