```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

Weidong Guan,

                Defendant.

24 Cr. 322 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Defendant, with the consent of counsel for the Government, requests that the status conference currently scheduled for September 20, 2024 be adjourned. (See Dkt. No. 24.) The conference is hereby adjourned to December 6, 2024 at 2:00 p.m.

    Counsel for Defendant advises that the Defendant consents to the exclusion of time under the Speedy Trial Act and that such an exclusion "is necessary to review discovery and consider possible motion practice." (Id.) It is hereby ordered that time until December 6, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

2

**SO ORDERED.**

Dated:    17 September 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.