```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

WEIDONG GUAN, ET AL.,

          Defendants.

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On September 5, 2025, counsel for Defendant Le Van Hung requested a forty-five (45) day extension of all dates in the current briefing schedule for Rule 12 motions. (See Dkt. No. 76.) On September 10, 2025, the Court denied Defendant's request for a forty-five (45) day extension but granted a thirty (30) day extension of all dates this Court previously endorsed on June 26, 2025. (See Dkt. Nos. 65, 80.) Accordingly, the revised Rule 12 Motions Briefing schedule is as follows:

Defendants' motions: October 8, 2025

Government's opposition: November 7, 2025

Defendants' reply (if any): November 21, 2025

**SO ORDERED.**

Dated:    10 September 2025
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.