

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 20, 2026

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Guan, 24 Cr. 322 (VM)**

Dear Judge Marrero:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of the Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney for the
            Southern District of New York

     By: /s Jane Kim
            Jane Kim
            Assistant United States Attorney
            212-637-2038