USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/6/2026____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

WEIDONG GUAN, et al.,

Defendants.

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 3, 2026, counsel for defendants Weidong Guan and Le Van Hung ("Defendants") requested a six-week adjournment of the May 11 trial date in the above-captioned matter. (See Dkt. No. 118.) The Government submitted an opposition on April 5, 2026. (See Dkt. No. 119.)

After careful consideration, given the issues raised, the Court grants the Defendants' request and reschedules the trial for the next available date, July 6, 2026, at 10:00 AM.

The Court adjourns the final pretrial conference currently scheduled on May 1, 2026, and reschedules the conference to June 26, 2026, at 1:00 PM.

The Court additionally revises the following deadlines set in its March 2, 2026, order (see Dkt. No. 115):

1. Defendants' notice of any affirmative defenses: June 8, 2026

2. Motions *in limine*: June 8, 2026

1

3. Responses to motions *in limine*: June 16, 2026

4. Replies supporting motions *in limine*: June 19, 2026

5. Government's witness list for case-in-chief (along with proffers of witness testimony if not adequately set forth in 3500 material or otherwise): June 15, 2026

6. Defendants' non-impeachment exhibits to be introduced during the Government's case-in-chief: June 22, 2026, subject to good-faith revision

7. Voir dire: June 8, 2026

8. Requests to charge: June 8, 2026

**SO ORDERED.**

Dated:    6 April 2026
          New York, New York

Victor Marrero
U.S.D.J.

2