655 Third Avenue, 12ᵗʰ Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

## Petrillo Klein + Boxer LLP

**GUY PETRILLO**
gpetrillo@pkbllp.com
D: 212.370.0331
M: 646.385.1479

May 13, 2026

**BY EMAIL**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   *Re:* *United State v. Weidong Guan*
     24 Cr. 322 (VM)

Dear Judge Marrero:

   In connection with the above-referenced matter and on behalf of our client Defendant Weidong Guan, we write respectfully to request an Order permitting undersigned counsel to file under seal an *ex parte* motion and memorandum of law seeking an order directing the early return of subpoenas *duces tecum* under Rule 17(c)(1) of the Federal Rules of Criminal Procedure. We respectfully request that the motion be submitted *ex parte* and remain sealed until the conclusion of the government's case-in-chief to prevent the premature disclosure to the government of defense analysis and trial strategy. *See United States v. Reyes*, 162 F.R.D. 468, 470 (S.D.N.Y. 1995) (*ex parte* application permitted where "a party may have to detail its trial strategy or witness list in order to convince a court that the subpoena satisfies the *Nixon* standards of specificity, relevance, and admissibility"). We would promptly deliver to the government and Mr. Guan's co-defendant copies of all data that we receive pursuant to the requested subpoenas.

        Respectfully submitted,

        PETRILLO KLEIN & BOXER LLP

      By: */s/ Guy Petrillo*
        Guy Petrillo
        Kevin Puvalowski
        Marcelo A. Triana
        Shanice D. Hinckson
        655 Third Avenue, 12ᵗʰ Fl.
        New York, NY 10017
        Tel: 212-370-0330

        *Counsel for Weidong Guan*