USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      - against -<br><br>WEIDONG GUAN, et al.,<br><br>              Defendants. | **24 CR 322 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter request dated May 13, 2026, filed by defendant Weidong Guan. (See Dkt. No. 126.) The Government is hereby directed to respond to the request within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:     14 May 2026
           New York, New York

_____
          Victor Marrero
          U.S.D.J.