USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_5/21/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| UNITED STATES OF AMERICA,<br><br>       - against -<br><br>WEIDONG GUAN, ET AL.,<br><br>             Defendants. |

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The final pretrial conference currently scheduled for June 26, 2026, is hereby rescheduled to June 23, 2026, at 2:00 p.m.

**SO ORDERED.**

Dated:    21 May 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.