AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  24 Cr. 322 (VM) |
| Weidong Guan and Le Van Hung | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                        .

Date:    05/30/2026

s/ Daniel C. Richenthal
*Attorney's signature*

Daniel C. Richenthal
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

*Address*

daniel.richenthal@usdoj.gov
*E-mail address*

(212) 637-2109
*Telephone number*

*FAX number*