USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/16/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> - against - <br><br> WEIDONG GUAN and LE VAN HUNG <br><br> Defendants. | **24 Cr. 322 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the motions filed by Defendant Le Van Hung ("Hung"). (Dkt. Nos. 153, 156.) The Government is hereby directed to respond to the motions by or on June 19, 2026.[1]

Additionally, by or on June 19, 2026, Hung is directed to produce for the Court's *in camera* review the documents over which he asserts attorney-client privilege in his motion at Docket Number 153. Hung is further directed to identify in that submission the source of the alleged prejudice to his defense with reference to specific documents.

**SO ORDERED.**

Dated:    16 June 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.

---

[1] The Government has already expressed its opposition to Hung's motion to adjourn the trial date and need not further address that request. (See Dkt. Nos. 152, 158.)