UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.

WEIDONG GUAN,
    a/k/a "Bill Guan,"

        *Defendant*.

No. 24-cr-322 (VM)

ORAL ARGUMENT REQUESTED

## NOTICE OF MOTION TO COMPEL
### *BRADY* AND *GIGLIO* DISCOVERY

PLEASE TAKE NOTICE that Defendant Weidong Guan, by and through undersigned counsel, respectfully moves the Court for an Order compelling the Government to produce all classified and non-classified documents concerning (1) any surveillance, interference, and targeting of Guan, the Falun Gong community, and *The Epoch Times* and its executives and employees by the People's Republic of China, the Chinese Communist Party, and their agents and proxies; (2) any counter-surveillance and counter-intelligence efforts by the FBI or other DOJ or U.S. agencies into Guan, the Falun Gong community, and *The Epoch Times*; and (3) any intelligence and counter-intelligence gathered by DOJ or other U.S. agencies of transnational repression activities targeting Mr. Guan, Falun Gong, or *The Epoch Times* and its executives and employees by the People's Republic of China, the Chinese Communist Party, and their agents and proxies, pursuant to *Brady, Giglio*, and their progeny.

Guan moves upon the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Dated:   New York, New York
         June 16, 2026

Respectfully submitted,

KASOWITZ LLP

By: *Edward E. McNally*
    Edward E. McNally
    Daniel J. Fetterman
    Ann M. St. Peter Griffith (*pro hac vice*)
    Brian S. Choi

    1633 Broadway
    New York, New York 10019
    (212) 506-1700
    emcnally@kasowitz.com
    dfetterman@kasowitz.com
    astpetergriffith@kasowitz.com
    bchoi@kasowitz.com

PETRILLO KLEIN + BOXER LLP


Guy Petrillo
Kevin R. Puvalowski
Marcelo Triana
Shanice Hinckson

655 Third Avenue, 12th Floor
New York, New York 10017
Tel.:  (212) 370-0332
Email:  gpetrillo@pkbllp.com
        kpuvalowski@pkbllp.com
        mtriana@pkbllp.com
        shinckson@pkbllp.com

*Counsel for Defendant Weidong Guan*

2