USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/24/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

              - against -

WEIDONG GUAN and LE VAN HUNG

              Defendants.

---

**24 Cr. 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government has brought to the Court's attention two instances in which counsel for Defendant Le Van Hung, Timothy C. Parlatore, cited cases for quotes which those cases do not contain. (See Dkt. No. 177 at 4 n.5; Dkt. No. 178 at 14–15 n.8.) The Court's own review of Mr. Parlatore's submissions revealed a third such instance. (See Dkt. No. 155 at 13 (purporting to quote United States v. Chandler, 56 F.4th 27, 33 (2d Cir. 2022)).)

At the pretrial conference held on June 23, 2026, Mr. Parlatore attributed the errors to his mistake in drafting and reviewing his filings in haste. Upon further consideration, the Court determines that further action on this issue is not warranted at this time. However, Mr. Parlatore is hereby warned that further submission of similarly inaccurate quotations or citations could support the initiation of sanctions proceedings.

**SO ORDERED.**

Dated:    24 June 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.