# Exhibit B

# Names, Phone Numbers and Email and iCloud Addresses

| Name | Phone | Email | iCloud |
|---|---|---|---|
| **Abdel Karim, Dr. Ahmed a/k/a Ahmed Abdelkarim Badie Ibrahim** | ██████3453 (GX C107-1, GX 8A-13) | | |
| **Abdelmaguid, Mai** | ██████7290 (GX 8A-14, GX G201) | | m█████████t@yahoo.com (GX 7L-3) |
| **Arkin, Sarah** | | s█████n@menendez.senate.gov (GX 8F-9) <br> S█████n@foreign.senate.gov (GX 8F-29) | |
| **Arslanian, Andre** | ████-6395 (GX A116-1) | | |
| **Arslanian, Sabine** | ████-6182 (GX A116-2) | | |
| **Aslanian, Jr., Antranig a/k/a "Andy"** | ████2042 (GX B106-2) | a█████n@yahoo.com (GX B106-2, GX 4E-4) | |
| **Axelrad, David** | ████-6118 (GX B234-1) | | |
| **Barruos, Fernando** | ████1648 (GX E207-1, GX 6A-418) | | |
| **Benzel Busch Corporation** | ████-1400 (GX B218-1) <br> ████-3828 (GX B218-1) | | |
| **Booker, Cory** | ████-1270 (GX A204-2) | | |
| **Critchley, Michael** | ████-4232 (GX 6B-2301-1) | m█████y@critchleylaw.com (GX 4G-3) | |
| **Daibes, Fred** | ████-2222 (GX A116-3) <br> ████-2629 (GX A116-3) <br> ████-0050 (GX A116-3) | f███s@daibes.com (GX A116-3) | |
| **Daibes, Rony** | ████8371 (GX C213-1) | a███n@iseghalal.com (GX 3C-10) | |
| **D'Alessio, Nick** | | N███o@iseghalal.com (GX 3C-10) | |
| **DeNoia, Edmund** | | e███a@critchleylaw.com (GX 4G-3) | |
| **Dorian, Howard** | ████-5876 (GX C214-2) | h███q@gmail.com (GX 3C-6) | |

**GOVERNMENT EXHIBIT**
**1355**
23 Cr. 490 (SHS)

| Name | Phone | Email | iCloud |
|---|---|---|---|
| Essam, Ahmed, a/k/a Ahmed Essameldin Mohamed Helmy Abdallah | ████ 0101 (GX C214-3, GX 8A-12) | a████m123771@yahoo.com (GX 8A-12) | |
| Grewal, Gurbir | ████ 6162 (GX 6B-2401-1) | | |
| Grewal Virk, Balpreet | ████ 7010 (GX B236) | | |
| Hana, Wael a/k/a "Will Hana" | ████ 4550 (GX B106-3) ████ 4144 (GX B207-2) | █g@loundeseg.com (GX B106-4) w██a@loundeseg.com (GX B105-4) w█l@iseghalal.com (GX 7L-7) w████3@gmail.com (GX 9C-2) | g████0@yahoo.com (GX 7L-1) w█l@iseghalal.com (GX 7L-7, GX B207-2) |
| Helmy, Ahmed, a/k/a Ahmed Helmy Amin Aboel Nor | ████ 0565 (GX C214-4, GX 8F-24) | a████y6@gmail.com (8F-24) | |
| Hernandez, Bien | ████ 0473 (GX E106-4) | | |
| Khanna, Vikas | ████ 3634 (GX A116-7) | | |
| Khorozian, Vasken | ████ 3037 (GX 6C-1607) | | |
| Maali, Jamela | ████ 3030 (GX C214-5) | f██c@daibes.net (GX 3D-4) j██i@iseghalal.com (GX 3C-9) | |
| Martinez, Jorge | ████ 5904 (GX 6B-1403) | | |
| Menendez, Nadine (formerly Arslanian, Nadine) | ████ 1745 (GX B105-1, GX B220-3) ████ 1212 (GX A128, GX A128-A) | n██d070@yahoo.com (GX A402) | n████1@yahoo.com (GX 7L-4) |
| Menendez, Robert | ████ 8400 (GX 6A-211) ████ 4744 (GX B106-5, GX B235, GX B235-A) ████ 4562 (GX A206) | b████4@gmail.com (GX A302) b████4@gmail.com (GX 7G-1001) | b████4@gmail.com (GX 7L-6) |
| Menjivar, Jennifer | | m██j@njdcj.org (GX 4G-3) | |
| Moldovan, John | ████ 1741 (GX 4C1-G) | █@moldovanlegal.com (GX 4C1-E) █fo@moldovanlegal.com (GX 4C1-J) | |
| Moussa, Nader | ████ 7810 (GX C106-1) | | n████1@yahoo.com (GX 7L-5) |
| Parra, Elvis | ████ 4335 (GX C214-6, GX E103-1) | | |

| Name | Phone | Email | iCloud |
|---|---|---|---|
| Peguero, Ana | ████ 5669 (GX E116, GX E305) | p████o@gmail.com (GX 4E-3, GX E304) | |
| Pelligrino, SueSue | ████ 5583 (GX D107-1) | | |
| Pereldik, Leon | ████ 2500 (GX B115) | | |
| Pilot, John | ████ -7331 (GX B218-2) | | |
| Schillari, Kerianne | ████ -1490 (GX B218-3) | | |
| Sellinger, Barbara | ████ -3569 (GX B238) | | |
| Sellinger, Philip | ████ 2994 (GX A116-4) | | |
| Shawky, Khaled | ████ 1235 (GX C206-5, GX G102) | e████e@verizon.net (GX B105-A) k████2@yahoo.ca (GX B105-A) | |
| Soliman, Michael | ████ 4285 (GX A116-5) | m████n@gmail.com (GX A116-5) | |
| Tresansky, Tom | ████ | t████t@njdcj.org (GX 4G-3) | |
| Tuber, Jason | ████ 8581 (GX A116-6) | | |
| Turner, Fred | ████ 3183 (GX A207) | | |
| Uribe, Jose | ████ 3520 (GX B218-4) | g████9@gmail.com (GX E301) ████a@verizon.net (GX E402) f████s@gmail.com (GX E501) | g████9@gmail.com (GX 7L-2) |
| "Azza Abbas" | ████ 8181 (GX B224-1) | | |
| "Patty Mark" | ████ 3061 (GX B218-6) | | |
| "Progressive Nariah" | ████ 3288 (GX B218-5) | | |
| "Ro Sorce" | ████ 227 (GX B218-7) | | |