USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

WEIDONG GUAN,

Defendant.

**24 CR. 0322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon request of the defendant, and with the Government's consent, sentencing of the defendant, Weidong Guan, is hereby adjourned until Friday, December 18, 2026 at 1:00 pm.

**SO ORDERED.**

Dated: 23 November 2026
New York, New York

Victor Marrero
U.S.D.J.